IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAJOR BOB MUSIC,
UNIVERSAL MUSIC CORPORATION,
UNIVERSAL-POLYGRAM
INTERNATIONAL PUBLISHING INC.,
PERREN VIBES MUSIC INC.,
J. ALBERT & SON (USA) INC.,
EMI APRIL MUSIC INC.,
NEW SEA GAYLE MUSIC and
MORGANACTIVE SONGS, INC.,

    Plaintiffs,

v.

GENE ROBERT HEIMAN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-341-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs: (a) granting plaintiffs' motion for summary judgment, (b) awarding plaintiffs $5,000 in statutory damages under 17 U.S.C. § 504(c)(1) and $5,328.54 in attorney fees and costs under 17 U.S.C. § 505, and (c) permanently enjoining defendant from publicly performing or sponsoring public performances of musical compositions in the ASCAP repertory without a proper license or authorization pursuant to 17 U.S.C. § 502.

Approved as to form this 11th day of May, 2010.

_Barbara B Crabb_
BARBARA B. CRABB
DISTRICT JUDGE

_Peter Oppeneer_      5/11/10
Peter Oppeneer, Clerk of Court      Date